UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIST IP USA LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case No. 17-mc-80050-SK <br><br> **ORDER REGARDING MOTION TO QUASH** |

Before the Court is a motion to quash the subpoenas served on non-party Dr. Jeffrey Booker. Any opposition to the motion must be filed no later than May 12, 2017. There will be no reply brief. The hearing on the motion is set for May 22, 2017 at 9:30 a.m. in Department A, 15th Floor of the federal courthouse located at 450 Golden Gate Avenue, San Francisco, California.

The moving party is hereby ordered to serve a copy of this order upon Plaintiff KAIST IP US LLC by the close of business today.

**IT IS SO ORDERED**.

Dated: April 28, 2017

SALLIE KIM
United States Magistrate Judge