UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIST IP USA LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>　　　　Defendants. | Case No. 17-mc-80050-SK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO QUASH DEPOSITION NOTICE FOR NON-PARTY DR. JEFFREY BOKOR**<br><br>Regarding Docket No. 1 |

Before the Court is a motion to quash a subpoena to produce documents and testify at deposition served by Plaintiff KAIST IP USA LLC upon non-party Dr. Jeffrey Bokor. Having reviewed the moving papers and the opposition, the Court DENIES IN PART and GRANTS IN PART the motion to quash the deposition of non-party Dr. Bokor.

The deposition will take place between July 5, 2017 and July 31, 2017, after Dr. Bokor and the parties agree upon the specific date.

The scope of questions will be limited to Dr. Bokor's work on relevant technology in his role as a research scientist. Plaintiff Kaist IP USA LLC will not be entitled to examine Dr. Bokor on his comments submitted to the Patent Trial and Appeal Board regarding patent number 6,885,055 (Dkts. 10-11 and 10-12).

The motion to quash the request for production of documents with respect to Nos. 1, 2, 3, 4, 5, 6, 7, and 8 is GRANTED. The motion to quash the request for production of documents with respect to Nos. 9, 10 and 11 is DENIED.

/ / /

Dr. Bokor will be entitled to consult with counsel while questions are pending and can refuse to answer questions beyond the scope of this Order.

**IT IS SO ORDERED**.

Dated: May 22, 2017



SALLIE KIM
United States Magistrate Judge